Same case below, 161 N.H. 300, 13 A.3d 214.

No. 10-8986. Edward Saterstad, Petitioner v. Henry Klugh, et al.

563 U.S. 943, 131 S. Ct. 2107, 179 L. Ed. 2d 904, 2011 U.S. LEXIS 3161.

April 18, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 988 A.2d 738.

No. 10-8987. Jeffrey L. Bunch, Petitioner v. Pam Bondi, Attorney General of Florida, et al.

563 U.S. 943, 131 S. Ct. 2107, 179 L. Ed. 2d 904, 2011 U.S. LEXIS 3066.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8988. Charles Anthony Fuller, Petitioner v. Lewis D. Smith.

563 U.S. 943, 131 S. Ct. 2107, 179 L. Ed. 2d 904, 2011 U.S. LEXIS 3162, ▮

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 238.

No. 10-8993. Donald L. Ferguson, Petitioner v. Jeri-Ann Sherry, Warden.

563 U.S. 943, 131 S. Ct. 2108, 179 L. Ed. 2d 904, 2011 U.S. LEXIS 3152.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-8994. Michael Todd Hancock, Petitioner v. B. Watson, Warden, et al.

563 U.S. 943, 131 S. Ct. 2108, 179 L. Ed. 2d 904, 2011 U.S. LEXIS 3053.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 320.

No. 10-8999. Haiyan Lin, Petitioner v. City of Columbia, South Carolina.

563 U.S. 943, 131 S. Ct. 2108, 179 L. Ed. 2d 904, 2011 U.S. LEXIS 3064.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

No. 10-9000. Ronald Lewis, Petitioner v. Michelle R. Ricci, Administrator, New Jersey State Prison, et al.

563 U.S. 943, 131 S. Ct. 2108, 179 L. Ed. 2d 904, 2011 U.S. LEXIS 3139, ▮

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.